IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00951-BNB

DAVID JAMES CROSBY,

    Plaintiff,

v.

MARGARET HEIL,
J. D. SCOLLARD,
CHRISTINE TYLER,
CHRISTINA MARQUEZ,
RICH LINS,
BURL McCULLAR, and
JAYLYNNE CHUPP,

    Defendants.

## ORDER DRAWING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.2D. Plaintiff's "Motion for Special Assignment Pursuant to Local Rule 40.1 C" filed on April 27, 2010, will be denied. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge. It is

FURTHER ORDERED that Plaintiff's "Motion for Special Assignment Pursuant to Local Rule 40.1 C" filed on April 27, 2010, is denied.

DATED June 8, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00951-BNB

David James Crosby
Prisoner No. 84591
Kit Carson Corr. Center
PO Box 2000
Burlington, CO 80807


    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 6/8/10


GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk