IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00951-MSK-MEH

DAVID JAMES CROSBY,

    Plaintiff,

v.

MARGARET HEIL,
J.D. SCOLLARD,
CHRISTINE TYLER,
CHRISTINA MARQUEZ,
RICH LINS,
BURL MCCULLAR, and
JAYLYNNE CHUPP,

    Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 7, 2010.**

    Plaintiff's Motion for Leave to File an Amended Complaint [filed October 5, 2010; docket #30] is **granted**. Plaintiff's motion is timely, as the deadline for joinder of parties and amendment of pleadings is October 23, 2010. (*See* docket #26.) 21 days have passed since Defendants filed their responsive pleading, thus Plaintiff may not amend as a matter of course under Fed. R. Civ. P. 15(a)(1); however, the Court believes that justice requires granting leave to amend at this early stage of the litigation. Accordingly, the Clerk of Court is directed to enter Plaintiff's Amended Complaint located at docket #30-1.