IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00951-WJM-MEH

DAVID JAMES CROSBY,

    Plaintiff,

v.

MARGARET HEIL,
J.D. SCOLLARD,
CHRISTINE TYLER,
CHRISTINA MARQUEZ,
RICH LINS,
BURL MCCULLAR,
JAYLYNNE KOCH,
SAMUEL DUNLAP, and
CAPT. CRISTELLI,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 5, 2011.**

    Before the Court is Defendants' Motion for Summary Judgment [filed April 29, 2011; docket #93]. Plaintiff shall respond on or before **May 26, 2011**. Defendants may reply within *fourteen days* of Plaintiff's response.

    Defendants' Motion to Submit Compact Disc for Filing [filed May 5, 2011; docket #98] is **granted**. Exhibit A-14 is accepted as conventionally filed. Plaintiff may review the contents of the disc in its written format, included as Exhibit A-15 to Defendants' motion for summary judgment.