IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00951-WJM-MEH

DAVID JAMES CROSBY,

     Plaintiff,

v.

MARGARET HEIL,
J.D. SCOLLARD,
CHRISTINE TYLER,
CHRISTINA MARQUEZ,
RICH LINS,
BURL MCCULLAR,
JAYLYNNE KOCH,
SAMUEL DUNLAP, and
CAPT. CRISTELLI,

     Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 19, 2011.**

     Plaintiff's Motion for Leave to File Supplemental Response Out of Time [filed July 18, 2011; docket #127] and Plaintiff's Motion for Leave to Exceed Page Limit [filed July 18, 2011; docket #128] are **granted**. The Court will consider Plaintiff's response (docket #125), Plaintiff's first supplement (docket #126), and Plaintiff's second supplement (docket #127). No further supplements will be accepted. Defendants may reply in support of their pending motion for summary judgment on or before **August 1, 2011**.